1  David L. Emerzian, # 222930       (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  7647 N. Fresno Street
   Fresno, CA  93720
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendants
6  ANTHONY LAMBETECCHIO aka ANTHONY
   LAMBE; DUNG DINH NGUYEN dba PHO 2006
7

8              UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT

10

11 | RONALD MOORE,              | Case No.  1:14-CV-00949---SAB |
12 |       Plaintiff,            | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT DUNG DINH NGUYEN TO RESPOND TO THE COMPLAINT BY NOT MORE THAN 28 DAYS** |
13 | v.                          | |
14 | ANTHONY LAMBETECCHIO aka ANTHONY LAMBE; DUNG DINH NGUYEN dba PHO 2006, | |
16 |       Defendants.           | |

17       IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by
18  and through their respective counsel, that Defendant DUNG DINH NGUYEN dba PHO 2006
19  shall have a 28 day extension of time, to and including August 14, 2014, to respond to Plaintiff
20  RONALD MOORE's Complaint.
21       This Stipulation may be executed in counterparts and by facsimile signature, each of
22  which when executed shall be an original and all of which together shall constitute one in the
23  same Stipulation.
24  ///
25  ///
26  ///
27  ///
28

3025068.1

| | |
|---|---|
| Dated: July 30, 2014 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: /s/ David L. Emerzian
David L. Emerzian
Attorneys for Defendants
ANTHONY LAMBETECCHIO aka
ANTHONY LAMBE; DUNG DINH
NGUYEN dba PHO 2006

MOORE LAW FIRM, P.C.

Dated: July 31, 2014

By: */s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff
RONALD MOORE

IT IS SO ORDERED.

Dated:  **July 31, 2014**

UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3025068.1                                2