1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| RONALD MOORE, | Case No.  1:14-CV-00949---SAB |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANTS ANTHONY LAMBETECCHIO aka ANTHONY LAMBE AND DUNG DINH NGUYEN dba PHO 2006 TO RESPOND TO THE COMPLAINT** |
| v. | |
| ANTHONY LAMBETECCHIO aka ANTHONY LAMBE; DUNG DINH NGUYEN dba PHO 2006, | |
| Defendants. | |

Pursuant to stipulation between the parties and good cause appearing,

IT IS HEREBY ORDERED that Defendants, Anthony Lambetecchio and Dung Dinh Nguyen dba PHO 2006, shall have an extension of time to and including September 10, 2014 to respond to Plaintiff Ronald Moore's Complaint.

IT IS SO ORDERED.

Dated:   **August 14, 2014**

_____
UNITED STATES MAGISTRATE JUDGE