# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE,** | 1:14-cv-949-LJO-SAB |
| Plaintiff, | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 14)** |
| v. | |
| **ANTHONY LAMBETECCHIO, aka ANTHONY LAMBE, et al.,** | |
| Defendants. | |

    On September 25, 2014, Plaintiff Ronald Moore ("Plaintiff") filed a notice of voluntary dismissal of this matter under Fed. R. Civ. P. 41(a)(1)(A)(i) in which he requests that this action be dismissed with prejudice. Doc. 14 at 1.

    Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action.

IT IS SO ORDERED.

    Dated:   **September 26, 2014**         /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE